Jason S. Brookner (Texas Bar No. 24033684)
Lydia R. Webb (Texas Bar No. 24083758)
Amber M. Carson (Texas Bar No. 24075610)
**GRAY REED**
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:   (214) 954-4135
Facsimile:   (214) 953-1332
Email:       jbrookner@grayreed.com
             lwebb@grayreed.com
             acarson@grayreed.com

*Counsel to Jerry and Katie Kollar*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 7 |
| TRICOLOR HOLDINGS, LLC, *et al.*, | § § | Case No. 25-33487 (MVL) |
| Debtors.[1] | § § § | (Jointly Administered) |
| ANNE ELIZABETH BURNS, as Chapter 7 Trustee for Tricolor Holdings, LLC, *et al.*, | § § § § | |
| Plaintiff, | § § | Adversary No. 25-03126 (MVL) |
| v. | § § § | |
| Daniel Chu, Jerome Kollar, David Goodgame, and Ameryn Seibold, | § § § § | |
| Defendants. | § § § | |

---

[1] The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, Tricolor Asset Funding, LLC, and Apoyo Financial, LLC.

4903-7225-6143

## NOTICE OF HEARING ON
## JERRY AND KATIE KOLLAR'S EMERGENCY
## MOTION TO QUASH SUBPOENAS AND STAY DISCOVERY

**PLEASE TAKE NOTICE** that a hearing to consider the relief requested in *Jerry and Katie Kollar's Emergency Motion to Quash Subpoenas and Stay Discovery* [Docket No. 87] has been scheduled to take place via hybrid format on **Wednesday, February 18th, 2026, at 1:30 P.M. Central Time** at the Earle Cabell Federal Building, 1100 Commerce Street, 14th Floor, Courtroom 2, Dallas, Texas 75242 before the Honorable Michelle V. Larson, U.S. Bankruptcy Judge for the Northern District of Texas.

**PLEASE TAKE FURTHER NOTICE** that any parties who wish to participate in the hearing may do so in person or virtually via WebEx by visiting the following link: https://us-courts.webex.com/meet/larson.

**PLEASE TAKE FURTHER NOTICE** that the Court requests that in advance of the hearing, all parties familiarize themselves with the Court's WebEx Hearing Instructions located at: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates.

**PLEASE TAKE FURTHER NOTICE** that parties may make electronic appearances in advance of the hearing by visiting the following link: https://www.txnb.uscourts.gov/electronic-appearances-0.

4903-7225-6143

Respectfully submitted this 13th day of February 2026.

**GRAY REED**

By: */s/ Jason S. Brookner*
Jason S. Brookner
Texas Bar No. 24033684
Lydia R. Webb
Texas Bar No. 24083758
Amber M. Carson
Texas Bar No. 24075610
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email: jbrookner@grayreed.com
lwebb@grayreed.com
acarson@grayreed.com

*Counsel to Jerry and Katie Kollar*

### Certificate of Service

I certify that on February 13, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas and via electronic mail on each of the parties to this proceeding.

*/s/ Jason S. Brookner*
Jason S. Brookner

4903-7225-6143