IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>TRICOLOR HOLDINGS, LLC, et al.,<br><br>Debtors.[1]<br><br>ANNE ELIZABETH BURNS, as Chapter 7 Trustee for Tricolor Holdings, LLC, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DANIEL CHU, JEROME KOLLAR, DAVID GOODGAME, and AMERYN SEIBOLD<br><br>Defendants. | Chapter 7<br><br>Case No. 25-33487 (MVL)<br><br>(Jointly Administered)<br><br><br><br>Adversary No. 3:25-ap-03126 |

**NOTICE OF HEARING ON THE UNITED STATES OF AMERICA'S
MOTION TO INTERVENE AND STAY DISCOVERY**

**PLEASE TAKE NOTICE** that a hearing to consider the relief requested in the United States of America's motion ("Motion") to intervene in the above-captioned adversary proceeding and to stay all discovery, including depositions and witness testimony, pending resolution of the parallel criminal case, *United States* v. *Daniel Chu & David Goodgame*, 25 Cr. 579 (PKC)

---

[1] The Debtors in these Chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC d/b/a Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, TAG Asset Funding, LLC, and Apoyo Financial, LLC. (collectively, "Tricolor").

- 1 -

(S.D.N.Y.) [Docket Nos. 50 & 51], has been scheduled for hearing ("Hearing") **in person** on **March 26, 2026 at 1:30 p.m. (prevailing Central Time) at the Earle Cabell Federal Building, 1100 Commerce Street, 14th Floor. Courtroom 2, Dallas, Texas 75242** before the Honorable Michelle V. Larson, U.S. Bankruptcy Judge for the Northern District of Texas.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion must be in writing and filed with the clerk of the United States Bankruptcy Court for the Northern District of Texas, United States Courthouse, 1100 Commerce Street, Room 1254, Dallas, Texas 75242, and if not previously filed, filed by close of business on March 19, 2026.

**PLEASE TAKE FURTHER NOTICE** that the Court requests that in advance of the hearing, all parties familiarize themselves with the Court's WebEx Hearing Instructions located at: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates.

**PLEASE TAKE FURTHER NOTICE** that parties may make electronic appearances in advance of the hearing by visiting the following link: https://www.txnb.uscourts.gov/electronic-appearances-0.

Respectfully submitted this 2nd day of March 2026.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division


*/s/ Dominique Sinesi*
KIRK T. MANHARDT
MARY SCHMERGEL
DOMINIQUE SINESI
United States Department of Justice
Civil Division
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 514-0068
Dominique.sinesi@usdoj.gov

*Attorneys for the United States*

## CERTIFICATE OF SERVICE

On March 2, 2026, I electronically submitted the foregoing Notice of Hearing with the clerk of the court for the United States Bankruptcy Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Dominique Sinesi*
Dominique Sinesi