Document      Page 1 of 3



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*Michelle V. Larson*

**Signed February 27, 2026**
_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| TRICOLOR HOLDINGS, LLC, *et al.*,[1] | Case No. 25-33487 (MVL) |
| Debtors. | (Jointly Administered) |
| ANNE ELIZABETH BURNS, as Chapter 7 Trustee for Tricolor Holdings, LLC, *et al.*, | |
| Plaintiff, | |
| v. | Adversary No. 25-03126 |
| Daniel Chu, Jerome Kollar, David Goodgame, and Ameryn Seibold, | |
| Defendants. | |

---

[1] The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, TAG Asset Funding, LLC, and Apoyo Financial, LLC.

**STIPULATION AND AGREED ORDER REGARDING DEADLINE TO RESPOND TO DANIEL CHU'S MOTION TO DISMISS THE ADVERSARY COMPLAINT**

Anne Elizabeth Burns, as Chapter 7 Trustee (the "Trustee") for Tricolor Holdings, LLC, *et al.* (the "Debtors") and Daniel Chu ("Mr. Chu," collectively with the Trustee, the "Parties,") hereby enter into this Stipulation and Agreed Order and agree as follows:

WHEREAS, on December 19, 2025, the Trustee filed her Complaint [ECF No. 1] in this adversary proceeding against Mr. Chu and others.

WHEREAS, on February 10, 2026, Mr. Chu filed Daniel Chu's Motion to Dismiss the Adversary Complaint [ECF No. 82] (the "Motion").

WHEREAS, the Trustee's response to the Motion is due on Tuesday, March 3, 2026.

WHEREAS, the Parties have agreed to move the deadline in which to file a response to the Motion to **Tuesday, March 10, 2026**.

**IT IS THEREFORE STIPULATED AND AGREED BY THE PARTIES AND ORDERED BY THE COURT THAT:**

1. The deadline for the Trustee to file her response to the Motion shall be **Tuesday, March 10, 2026.**

2. Except as otherwise provided in this Order, all other rights of the Parties are expressly reserved including, but not limited to, requests for additional deadline extensions or adjournments by any of the Parties.

###End of Order###

AGREED TO FORM AND SUBSTANCE:

| **OKIN ADAMS BARTLETT CURRY LLP** | **MCDERMOTT WILL & SCHULTE LLP** |
|---|---|
| */s/ James W. Bartlett, Jr.* | */s/ Julia M. Beskin* |
| Matthew S. Okin (TX Bar No. 00784695) | Charles R. Gibbs (TX Bar No. 7846300) |
| James W. Bartlett, Jr. (TX Bar No. 00795238) | Marcus A. Helt (TX Bar No. 24052187) |
| Edward A. Clarkson, III (TX Bar No. 24059118) | Grayson Williams (TX Bar No. 24124561) |
| 1113 Vine St., Suite 240 | 2801 North Harwood Street, Suite 2600 |
| Houston, Texas 77002 | Dallas, Texas 75201-1664 |
| Telephone: 713.228.4100 | Tel: (214) 295-8000 |
| Facsimile: 346.247.7158 | Fax: (972) 232-3098 |
| mokin@okinadams.com | E-mail: crgibbs@mcdermottlaw.com |
| jbartlett@okinadams.com | mhelt@mcdermottlaw.com |
| eclarkson@okinadams.com | gwilliams@mcdermottlaw.com |
| | -and- |
| *Counsel to Daniel Chu* | |
| | Darren Azman (admitted *pro hac vice*) |
| | Jared M. Gerber (admitted *pro hac vice*) |
| | One Vanderbilt Avenue |
| | New York, New York 10017-3852 |
| | Tel: (212) 547-5400 |
| | Fax: (212) 547-5444 |
| | E-mail: dazman@mcdermottlaw.com |
| | jmgerber@mcdermottlaw.com |
| | |
| | Julia M. Beskin (admitted *pro hac vice*) |
| | 919 Third Avenue |
| | New York, New York 10022 |
| | Tel: (212) 547-5400 |
| | Fax: (212) 547-5444 |
| | E-mail: jbeskin@mcdermottlaw.com |
| | |
| | *Counsel to the Chapter 7 Trustee* |