**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |  |
|---|---|---|
| In Re: | ) | Chapter 7 |
|  | ) |  |
| TRICOLOR HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 25-33487 (MVL) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |
| ANNE ELIZABETH BURNS, as Chapter 7 | ) |  |
| Trustee for Tricolor Holdings, LLC, *et al.*, | ) |  |
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| v. | ) | Adversary No. 3:25-ap-03126 |
|  | ) |  |
| DANIEL CHU, JEROME KOLLAR, DAVID | ) |  |
| GOODGAME, and AMERYN SEIBOLD, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

**NOTICE OF WITHDRAWAL OF OBJECTION**

**PLEASE TAKE NOTICE** that, Anne Elizabeth Burns, in her capacity as the Chapter 7

trustee (the "Trustee") of the estates of the Debtors in the above-captioned Chapter 7 proceedings

(the "Chapter 7 Cases"), by and through her undersigned counsel, hereby withdraws the *Trustee's*

*Response and Partial Objection to the United States of America's Motion to Intervene and Stay*

*Discovery* [Docket No. 119] (the "Objection"), without prejudice to the Trustee's rights to move

to lift the stay in the future.

---

[1]   The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, Tricolor Asset Funding, LLC, and Apoyo Financial, LLC.

Dated: March 17, 2026

*/s/ Julia M. Beskin*

Julia M. Beskin (admitted *pro hac vice*)
919 Third Avenue
New York, New York 10022
Tel:    212.547.5400
Fax:    212.547.5444
Email: jbeskin@mcdermottlaw.com

-and-

Darren Azman (admitted *pro hac vice*)
Jared M. Gerber (admitted *pro hac vice*)
**MCDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Avenue
New York, New York 10017-3852
Tel:    212.547.5400
Fax:    212.547.5444
E-mail: dazman@mcdermottlaw.com
        jmgerber@mcdermottlaw.com

Charles R. Gibbs (TX Bar No. 7846300)
Marcus A. Helt (TX Bar No. 24052187)
Grayson Williams (TX Bar No. 24124561)
**MCDERMOTT WILL & SCHULTE LLP**
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
Tel:    214.295.8000
Fax:    972.232.3098
E-mail: crgibbs@mcdermottlaw.com
        mhelt@mcdermottlaw.com
        gwilliams@mcdermottlaw.com

*Counsel to the Chapter 7 Trustee*

2

## Certificate of Service

I do hereby certify that, on March 17, 2026, a true and correct copy of the foregoing document was served via CM/ECF for the United States Bankruptcy Court for the Northern District of Texas on counsel for all parties to this adversary proceeding.

*/s/ Julia M. Beskin*
Julia M. Beskin