**OKIN ADAMS BARTLETT CURRY LLP**
Matthew S. Okin (TX Bar No. 00784695)
James W. Bartlett, Jr. (TX Bar No. 00795238)
Edward A. Clarkson, III (TX Bar No. 24059118)
1113 Vine St., Suite 240
Houston, TX 77002
Telephone (713) 228-4100
Facsimile (888) 864-2118
Email: mokin@okinadams.com

*Counsel for Daniel Chu*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>TRICOLOR HOLDINGS, LLC, *et al.*,[1]<br><br>       Debtors. | Chapter 7<br><br>Case No. 25-33487 (MVL)<br><br>(Jointly Administered) |
| ANNE ELIZABETH BURNS, as Chapter 7 Trustee for Tricolor Holdings, LLC, *et al.*,<br><br>       Plaintiff,<br><br>v.<br><br>Daniel Chu, Jerome Kollar, David Goodgame, and Ameryn Seibold,<br><br>       Defendants. | Adversary No. 25-03126 |

---

[1] The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, TAG Asset Funding, LLC, and Apoyo Financial, LLC.

### DANIEL CHU'S WITNESS AND EXHIBIT LIST
### FOR THE MARCH 23, 2026 HEARING

Daniel Chu hereby files this Witness and Exhibit List for the hybrid hearing set for March

23, 2026, at 9:30 a.m. (prevailing Central Time):

### WITNESSES

1.  Any witnesses called, listed, or designated by any other party; and

2.  Impeachment witnesses, as necessary.

### EXHIBITS

| Ex. No. | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | *1/2/26 Notice of Lis pendens* in the action *Burns, as Chapter 7 Trustee for Tricolor Holdings, LLC, et al. v. Chu et al.,* 25ST CV38413 (Cal. Super. Ct.) against 1612 Gilcrest Drive, Beverly Hills, California 90210 | | | | |
| 2. | *1/8/26 Notice of Lis pendens* in the action *Burns, as Chapter 7 Trustee for Tricolor Holdings, LLC, et al. v. Chu et al.,* 25ST CV38413 (Cal. Super. Ct.) against 1612 Gilcrest Drive, Beverly Hills, California 90210 | | | | |
| 3. | Origin Bank Payoff Quote for Loan Number 5033836-10001, dated March 20, 2026 | | | | |
| 4. | Draft Seller's Estimated Settlement Statement as of March 20, 2026 | | | | |
| | Any document or pleading filed with the Court in the above-captioned cases. | | | | |
| | Any exhibit necessary for impeachment purposes. | | | | |
| | Any exhibit identified or offered by any other party. | | | | |

4918-6998-7737, v. 4

Dated: March 20, 2026.

Respectfully submitted,

**Okin Adams Bartlett Curry LLP**

*/s/ Edward A. Clarkson, III*
Matthew S. Okin (TX Bar No. 00784695)
James W. Bartlett, Jr. (TX Bar No. 00795238)
Edward A. Clarkson, III (TX Bar No. 24059118)
1113 Vine St., Suite 240
Houston, TX 77002
Telephone (713) 228-4100
Facsimile (888) 864-2118
Email: mokin@okinadams.com

***Counsel for Daniel Chu***

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2026, a true and correct copy of the foregoing Witness and Exhibit List was served via this Court's CM/ECF notification system to those parties registered for service upon filing of the same.

By:  */s/ Edward A. Clarkson, III*
        Edward A. Clarkson, III

3

4918-6998-7737, v. 4