**MCDERMOTT WILL & SCHULTE LLP**
Charles R. Gibbs (TX Bar No. 7846300)
Grayson Williams (TX Bar No. 24124561)
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
Telephone: (214) 295-8000
E-mail: crgibbs@mcdermottlaw.com
      gwilliams@mcdermottlaw.com

**MCDERMOTT WILL & SCHULTE LLP**
Darren Azman (admitted *pro hac vice*)
Jared M. Gerber (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
E-mail: dazman@mcdermottlaw.com
      jmgerber@mcdermottlaw.com

**MCDERMOTT WILL & SCHULTE LLP**
Julia M. Beskin (admitted *pro hac vice*)
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
E-mail: jbeskin@mcdermottlaw.com

*Counsel to the Chapter 7 Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TRICOLOR HOLDINGS, LLC, *et al.*, | ) | Case No. 25-33487 (MVL) |
| | ) | |
| Debtors. [1] | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| ANNE ELIZABETH BURNS, as Chapter 7 Trustee for Tricolor Holdings, LLC, *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adversary No. 3:25-ap-03126 |
| | ) | |
| DANIEL CHU, JEROME KOLLAR, DAVID GOODGAME, and AMERYN SEIBOLD, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF STAY AND PROPOSED STAY ORDER

---

[1] The Debtors in these Chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group,

**PLEASE TAKE NOTICE THAT**, at the April 30, 2026 hearing (the "Hearing"), Plaintiff Anne Elizabeth Burns, in her capacity as the duly appointed Chapter 7 Trustee (the "Trustee") of the estates of the above-captioned Debtors, and Defendants Daniel Chu, David Goodgame, and Ameryn Seibold (together with the Trustee, the "Parties") agreed to stay the above-captioned adversary proceeding pending the final disposition by the United States District Court for the Southern District of New York of the criminal case *United States v. Daniel Chu & David Goodgame*, 25 Cr. 579 (PKC) (S.D.N.Y.) including a plea entry, acquittal, conviction, or dismissal. Pursuant to the Court's request at the Hearing (Apr. 30 Hr'g Tr. 15:33-16:4), the Parties are attaching hereto as Exhibit A a proposed order agreed to by the Parties, which upon entry by the Court will (i) stay the adversary proceeding and (ii) abate all currently scheduled deadlines in this adversary proceeding.

*[Remainder of Page Intentionally Left Blank]*

---

LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, TAG Asset Funding, LLC, and Apoyo Financial, LLC.

Dated: New York, New York
    May 27, 2026

Respectfully submitted,

*/s/ Julia Beskin*
Julia M. Beskin (admitted *pro hac vice*)
**MCDERMOTT WILL & SCHULTE LLP**
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
E-mail: jbeskin@mcdermottlaw.com

Darren Azman (admitted *pro hac vice*)
Jared M. Gerber (admitted *pro hac vice*)
**MCDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
E-mail: dazman@mcdermottlaw.com
       jmgerber@mcdermottlaw.com

Charles R. Gibbs (TX Bar No. 7846300)
Grayson Williams (TX Bar No. 24124561)
**MCDERMOTT WILL & SCHULTE LLP**
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
Telephone: (214) 295-8000
E-mail: crgibbs@mcdermottlaw.com
       gwilliams@mcdermottlaw.com

*Counsel to the Chapter 7 Trustee*

3

## CERTIFICATE OF SERVICE

I do hereby certify that on May 27, 2026, a true and correct copy of the foregoing document was served via CM/ECF for the United States Bankruptcy Court for the Northern District of Texas on counsel for all parties to this adversary proceeding.

*/s/ Julia Beskin*
Julia M. Beskin