# <u>EXHIBIT A</u>

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TRICOLOR HOLDINGS, LLC, *et al.*, | ) | Case No. 25-33487 (MVL) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| ANNE ELIZABETH BURNS, as Chapter 7 | ) | |
| Trustee for Tricolor Holdings, LLC, *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adversary No. 3:25-ap-03126 |
| | ) | |
| DANIEL CHU, JEROME KOLLAR, DAVID | ) | |
| GOODGAME, and AMERYN SEIBOLD, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER STAYING PROCEEDINGS AND ABATING DEADLINES

---

[1] The Debtors in these Chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, TAG Asset Funding, LLC, and Apoyo Financial, LLC.

Upon the Notice of Stay (the "Notice") filed by Plaintiff Anne Elizabeth Burns, in her capacity as the duly appointed Chapter 7 Trustee (the "Trustee") of the estates of the above-captioned Debtors, and Defendants Daniel Chu, David Goodgame, and Ameryn Seibold (together with the Trustee, the "Parties") seeking a stay of the above-captioned adversary proceeding and abatement of all currently scheduled deadlines pending the final disposition by the United States District Court for the Southern District of New York of the criminal case *United States v. Daniel Chu & David Goodgame*, 25 Cr. 579 (PKC) (S.D.N.Y.), including a plea entry, acquittal, conviction, or dismissal, pursuant to an agreement of the Parties at the April 30, 2026 hearing, it appearing that the relief requested is in the best interests of the Parties:

**IT IS HEREBY ORDERED THAT:**

1. For the reasons set forth at the Court's April 30, 2026 hearing, and pursuant to the Parties' agreement, the relief requested is GRANTED.

2. This adversary proceeding will be stayed and all currently scheduled deadlines in this adversary proceeding will be abated until final entry of judgment or dismissal in accordance with the Federal Rules of Criminal Procedure in the case styled *United States v. Daniel Chu & David Goodgame*, 25 Cr. 579 (PKC) (S.D.N.Y.), or further order of this Court.

3. This Order does not preclude any of the Parties from filing agreed notices, agreed motions, and agreed orders during the pendency of the stay, or otherwise seeking court intervention to enforce any existing agreements or otherwise protect their rights.

### END OF ORDER ###

2

Prepared and submitted by:

**MCDERMOTT WILL & SCHULTE LLP**
Charles R. Gibbs (TX Bar No. 7846300)
Grayson Williams (TX Bar No. 24124561)
2801 North Harwood Street
Suite 2600
Dallas, Texas 75201
Telephone: (214) 295-8000
E-mail: crgibbs@mcdermottlaw.com
      gwilliams@mcdermottlaw.com

Darren Azman (admitted *pro hac vice*)
Jared M. Gerber (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
E-mail: dazman@mcdermottlaw.com
      jmgerber@mcdermottlaw.com

Julia M. Beskin (admitted *pro hac vice*)
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
E-mail: jbeskin@mcdermottlaw.com

*Counsel to the Chapter 7 Trustee*